JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESPERANZA LOPEZ; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-6033 JGB (JPRx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Judgment is entered in favor of Plaintiff Mister Baily and against Defendant Esperanza Lopez on Plaintiff's Americans with Disabilities Act (ADA) claim.

3. Plaintiff is **AWARDED** $3,365 in attorneys' fees and costs from Defendant.

4. Defendant is **ENJOINED** to ensure that accessibility barriers at the business located at 574 North Hoover Street, Los Angeles, California (the

"Business"), are removed and/or corrected, including, but not limited to, ensuring that entrances at the Business are accessible.

5. Plaintiff is **ORDERED** to mail a copy of this Judgment and the Order concurrently filed therewith to Defendant. Plaintiff shall file a Proof of Service with the Court within **ten days** of the date of this Judgment.

**IT IS SO ORDERED.**

Dated: March 5, 2025

THE HONORABLE JESUS G. BERNAL
United States District Judge

2